**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.**

RICHARD COPE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**COMPLAINT**

Plaintiff, Richard Cope, hereby sues Defendant, Metropolitan Life Insurance Company ("MetLife") and alleges as follows:

**JURISDICTION**

1. This is an action which arises under the laws of the United States, particularly under the Employee Retirement Income Security Act of 1974, pursuant to a claim for benefits under a long-term disability plan.

2. Plaintiff is a resident of Brevard County, Florida. Venue is appropriate in the Middle District of Florida, Orlando Division.

3. Defendant, MetLife, is an insurance company doing business in Brevard County, Florida.

**COUNT I - CLAIM FOR BENEFITS**

4. Plaintiff reincorporates paragraphs 1-3 above as if fully set forth herein.

1

5. Plaintiff participated in a group disability Plan through his employer, Harris Corporation.

6. Under the Plan, MetLife is the administrator of the Plan.

7. Pursuant to the terms of the Plan, Plaintiff is entitled to Long Term Disability benefits, as he qualifies for such benefits under the Plan.

8. Defendant, MetLife, has denied Plaintiff's claim for Long Term Disability benefits and has denied Plaintiff's appeal of MetLife's denial.

9. Plaintiff has complied with all conditions precedent to recovery under the Plan, including the exhaustion of administrative remedies.

10. Plaintiff has retained undersigned counsel and agreed to pay a reasonable fee to counsel, for which MetLife should be liable as a result of its denial of Plaintiff's claim.

**WHEREFORE**, Plaintiff, respectfully demands that he be awarded Long Term Disability benefits, attorney's fees and costs, and such further relief as this Court deems appropriate.

GREGORY L. DENES, P.A.
Attorney for Plaintiff
300 Mercury Road
Juno Beach, Florida  33408
Tel (561) 694-9199
Fax (561) 694-2993
greg@deneslaw.com


By:  *s/Gregory Denes*
    Gregory L. Denes
    Fla. Bar No. 828416